**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**TIM PRYER** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 1:26-CV-00284-MPM-DAS**

**MDOC AGENT CHARLES LOWERY, et al.** **DEFENDANTS**

**ORDER REQUIRING PLAINTIFF TO COMPLETE AND RETURN COURT'S STANDARD FORM COMPLAINT FOR ACTIONS FILED UNDER § 1983**

This matter comes before the Court on the *pro se* Plaintiff's filing which has been construed and docketed as a civil rights complaint filed under 42 U.S.C. § 1983. *See* Doc. # 1. Plaintiff, however, has failed to use the Court's standard form for such complaints and the Court uses these forms for the expeditious administration of civil rights actions. As such, Plaintiff is **DIRECTED** to complete and return the standard form complaint for civil rights actions filed by non-prisoners within twenty-one (21) days from the date of this Order. Plaintiff is warned that his failure to comply with the requirements of this order may lead to the dismissal (without prejudice) of his case for failure to prosecute and for failure to comply with an order of the Court.

**SO ORDERED**, this the 21st day of October, 2026.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**